UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 2 0 2015 ★

BROOKLYN OFFICE

------------------------------------------------------------- X

UNITED STATES EX REL. RELIABLE
CONSTRUCTION PM, INC.,

    Plaintiff,

-against-

LAND FROG, INC., et. al,

    Defendants.

------------------------------------------------------------- X

13-CV-7351 (ARR) (CLP)

NOT FOR PRINT OR
ELECTRONIC PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 20, 2015, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) is granted. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

s/Allyne Ross

Allyne R. Ross
United States District Judge

Dated: February 9, 2015
      Brooklyn, New York

1

**SERVICE LIST**

Plaintiff:

Reliable Construction PM, Inc.
1500 East 13th Street
Brooklyn, NY 11230